Michael TAVERAS, Appellant,

v.

**PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellee.**

No. 05–3808.

United States Court of Appeals, Second Circuit.

April 4, 2006.

Brian W. Raum, Law Offices of Brian W. Raum, P.C., New York, NY, for Appellant.

Carlene V. McIntyre, Port Authority of New York and New Jersey (Milton H. Pachter and Megan Lee, on the brief) New York, NY, for Appellee.

PRESENT: Hon. CHESTER J. STRAUB, Hon. ROBERT D. SACK Circuit Judges, and Hon. DAVID G. TRAGER,* District Judge.

**SUMMARY ORDER**

AFTER ARGUMENT AND UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is AFFIRMED.

Appellant Michael Taveras appeals from a judgment entered in the Southern District of New York dismissing his claims against the Port Authority of New York and New Jersey. We assume the parties' familiarity with the facts, procedural history, and specification of issues on appeal.

We affirm the decision of the District Court for substantially the same reasons set forth in its Opinion and Order dated June 10, 2005.

We have considered all of Taveras' claims and find them to be without merit. Accordingly, the judgment of the District Court is AFFIRMED.

---

* The Hon. David G. Trager, United States District Judge, Eastern District of New York, sitting by designation.